[No. 52503-4-I.   Division One.   April 19, 2004.]

*In the Matter of the Petition for Writ of Mandamus of*
BILLY P. BENNETT, *Petitioner.*

Petition for writ of mandamus to compel action on a habeas corpus petition. Mandamus *granted* and case *remanded with instructions* by unpublished per curiam opinion.

[No. 52516-6-I.   Division One.   April 19, 2004.]

MARIA TONI MONROE, ET AL., *Appellants*, v. SAFEWAY, INC.,
*Respondent.*

Appeal from judgments of the Superior Court for King County, No. 02-2-23924-2, Glenna Hall, J., entered April 18 and May 20, 2003. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Kennedy and Schindler, JJ.

[No. 27933-9-II.   Division Two.   April 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LEANNA BESSIE
WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01208-1, Brian M. Tollefson, J., entered October 8, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, J.; Morgan, A.C.J., dissents by separate opinion.